```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  MAR 12 2019

            CENTRAL DISTRICT OF CALIFORNIA
            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 19-  |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| ANGEL PHILIP ANGULO, JR., | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about October 3, 2018, in Riverside County, within the Central District of California, defendant ANGEL PHILIP ANGULO, JR. knowingly and intentionally distributed at least 50 grams, that is, approximately 102 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about November 7, 2018, in Riverside County, within the Central District of California, defendant ANGEL PHILIP ANGULO, JR. knowingly and intentionally distributed at least 50 grams, that is, approximately 111 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CAROLYN S. SMALL
Assistant United States Attorney
General Crimes Section