NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MATTHEW J. ROSENBAUM (Cal. Bar No. 319700)
Assistant United States Attorney
General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4896
    Facsimile: (213) 894-0141
    E-mail:   matthew.rosenbaum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 19-00072-JAK |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| ANGEL PHILIP ANGULO, JR., | |
| Defendant. | |

    Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | CAROLYN S. SMALL | carolyn.small@usdoj.gov |
| Newly Assigned AUSA | MATTHEW ROSENBAUM | matthew.rosenbaum@usdoj.gov |

    Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: March 14, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ *Matthew J. Rosenbaum*
MATTHEW J. ROSENBAUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA