# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☐ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: _____

Alias: _____

BOP/Booking No: _____

Detained by:  ☐ Warden _____
            ☐ Other _____

Detained at: _____
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on _____ at _____ before the Honorable _____ Judge/Magistrate Judge.

Location:  ☐ U.S. District Court _____
                                    *(Court Address)*
         ☐ Other _____
                    *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: _____

/s/ *Matthew J. Rosenbaum*

*Signature of attorney*

***An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)      **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM**