# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR |
| v. | CV |
| Defendant(s) | **WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable _____

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

_____

**IS HEREBY DIRECTED** to produce and deliver the named detainee, _____

before the Honorable _____ Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. _____ , located at

_____ on _____

at _____ , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.


**WITNESS** the Honorable _____ Judge/Magistrate Judge of the

United States District Court for the Central District of California.


Dated: _____                CLERK, U.S. DISTRICT COURT


                                            By: _____
                                                        Deputy Clerk

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**