# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

Plaintiff(s)

v.

**ORDER ON
APPLICATION FOR WRIT OF HABEAS CORPUS**

☐ AD PROSEQUENDUM    ☐ AD TESTIFICANDUM

Defendant(s).

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ☐ Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: _____

    Alias: _____

on _____ at _____ before Judge/Magistrate Judge _____
   *(Date of Appearance)*      (Time)

Dated: _____    _____
                                              **U.S. District Judge/U.S. Magistrate Judge**