# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | ED CR 19-00072-JAK |
| v. | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| ANGEL PHILIP ANGULO, JR. | ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ANGEL PHILIP ANGULO, JR.

Alias:

on May 6, 2019 at 2:00 pm before Judge/Magistrate Judge Duty Magistrate
*(Date of Appearance)* (Time)

Dated: April 19, 2019

*(signature)* Kenly

HON. KENLY KIYA KATO
~~U.S. District Judge~~/**U.S. Magistrate Judge**