Matthew J. Rosenbaum (Cal Bar No. 319700)
Assistant United States Attorney
U.S. Attorney's Office
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
(213) 894-4896
matthew.rosenbaum@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>ANGEL PHILIP ANGULO, JR.,<br><br>Defendant(s) | CASE NUMBER:<br>CR ED 19-00072-JAK<br>CV<br><br>**WRIT OF HABEAS CORPUS**<br>☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable __KENLY KIYA KATO__ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __Robert Presley Detention Center__

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **ANGEL PHILIP ANGULO, JR.** before the Honorable __SHERI PYM__ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __3__, located at 3470 Twelfth Street Riverside, CA 92501-3801 on __May 6, 2019__ at __2:00 pm__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable __KENLY KIYA KATO__ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: __APRIL 19, 2019__

CLERK, U.S. DISTRICT COURT

By: _/s/ D.Taylor_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)