Matthew J. Rosenbaum (Cal Bar No. 319700)
Assistant United States Attorney
U.S. Attorney's Office
312 N. Spring St., Suite 1200
Los Angeles, CA 90012
(213) 894-4896
matthew.rosenbaum@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>ANGEL PHILIP ANGULO, JR.,<br><br>Defendant(s) | CASE NUMBER:<br>CR ED 19-00072-JAK<br>CV<br><br>**WRIT OF HABEAS CORPUS**<br>☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  Sheri Pym

Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of Wasco State Prison

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **ANGEL PHILIP ANGULO, JR.**

before the Honorable  DUTY MAGISTRATE  Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __4__, located at 3470 12th Street, Riverside, CA 92501 on **March 23, 2020** at **2:00 pm**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable  Sheri Pym  Magistrate Judge of the United States District Court for the Central District of California.

Dated: February 25, 2020

CLERK, U.S. DISTRICT COURT

By: _Kimberly Carter_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)