# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

Plaintiff(s)

v.

Defendant(s).

**ORDER ON APPLICATION
FOR AMENDED WRIT OF HABEAS CORPUS**

☐ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ☐ Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: _____

Alias: _____

on _____ at _____ before Judge/Magistrate Judge _____
   *(Date of Appearance)*      (Time)

Dated: _____

**U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)   **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**