**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | ED CR 19-00072-JAK |
| v. ANGEL PHILIP ANGULO, JR. | **ORDER ON APPLICATION FOR AMENDED WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ANGEL PHILIP ANGULO, JR.

Alias:

on _May 18, 2020_ at _2:00 pm_ before Judge/Magistrate Judge _Duty Magistrate_
  *(Date of Appearance)*   (Time)

Dated: March 25, 2020

Sheri Pym
**U.S. Magistrate Judge**