Rachel N. Agress (Cal Bar No. 281703)
Assistant United States Attorney
U.S. Attorney's Office
312 N. Spring St., Suite 1200
Los Angeles, CA 90012
(213) 894-0487
rachel.agress@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR ED 19-00072-JAK |
| v. | CV |
| ANGEL PHILIP ANGULO, JR., | **AMENDED WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable __Sheri Pym__ Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __Warden at Wasco State Prison__

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **ANGEL PHILIP ANGULO, JR.** before the Honorable __DUTY MAGISTRATE__ Judge/Magistrate Judge of United States District Court, United States Courthouse, Courtroom No. __4__ the , located at __3470 12th Street, Riverside, CA 92501__ on __May 18, 2020__ at __2:00 pm__ , and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Amended Writ or further Order of the Court.

**WITNESS** the Honorable __Sheri Pym__ Magistrate Judge of the United States District Court for the Central District of California.

Dated: March 25, 2020

CLERK, U.S. DISTRICT COURT

By: _Kimberly Carter_
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)