```
                    FILED
         CLERK, U.S. DISTRICT COURT

              MAY 1 5 2020

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:19-cr-00072-JAK-1 |
|---|---|
| Plaintiff, | _✓_ CONSENT TO VIDEO CONFERENCE/TELEPHONIC CONFERENCE |
| v. | |
| Angel Angulo | |
| Defendant. | ___ WAIVER OF DEFENDANT'S PRESENCE |
| | [Check each that applies] |

1. **Consent to Video Conference/Telephonic Conference**

   I __Angel Angulo__, understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to have all of the below-listed proceedings take place in person in open court. After consultation with counsel, I knowingly and voluntarily consent to the proceedings below instead taking place by video conference or, if video conference is not reasonably available, by telephonic conference:
   [Check all that apply]

   _✓_ Detention/Bail Review/Reconsideration hearing(s) (18 U.S.C. § 3142)

   ___ ✓ Initial appearance (Fed. R. Crim. P. 5)

1      ___ Preliminary hearing (Fed. R. Crim. P. 5.1)
2      ___ Waiver of indictment (Fed. R. Crim. P. 7(b))
3      _✓_ Arraignment (Fed. R. Crim. P. 10)
4      ___ Probation and supervised release revocation proceedings (Fed. R.
5      Crim. P. 32.1)
6      ___ Pretrial release revocation proceedings (18 U.S.C. § 3148)
7      ___ Appearances under Fed. R. Crim. P. 40
8      ___ Misdemeanor pleas and sentencings (Fed. R. Crim. P. 43(b)(2))

**2. Waiver of Defendant's Presence**

I _____, understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to be present at all of the below-listed proceedings – in person, by video conference, or by telephonic conference. After consultation with counsel, I knowingly and voluntarily waive my right to be present in person in open court or by video conference or by telephonic conference at the proceedings below:
[Check all that apply]

     ___ Detention/Bail Review/Reconsideration hearing(s) (18 U.S.C. § 3142)
     ___ Preliminary hearing (Fed. R. Crim. P. 5.1)
     ___ Waiver of indictment (Fed. R. Crim. P. 7(b))
     ___ Probation and supervised release revocation proceedings (Fed. R. Crim. P. 32.1)
     ___ Pretrial release revocation proceedings (18 U.S.C. § 3148)
     ___ Appearances under Fed. R. Crim. P. 40
     ___ Misdemeanor pleas and sentencings (Fed. R. Crim. P. 43(b)(2))

5/15/20                  _on behalf_ _B.A._
Dated                  Defendant

                 _✓_ signed for Defendant by Counsel for Defendant with Defendant's authorization [Check if applicable]

2

1 | I have translated this consent/waiver to the Defendant in the _____
2 | language.

_____   _____
Dated                              Interpreter (if required)

I am counsel for the Defendant herein. Prior to the Defendant signing this document or authorizing me to sign this document on the Defendant's behalf, I fully advised the Defendant of the Defendant's above-referenced rights and consulted with the Defendant regarding such rights and the Defendant's consent/waiver(s). I believe that the Defendant understands such rights and that the Defendant's consent/waiver(s) are knowing and voluntary, and I concur with such consent/waiver(s).

_5/15/20_____            _[signature]_____
Dated                              Counsel for Defendant