NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar No. 281703)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0487
    Facsimile: (213) 894-6269
    E-mail:   rachel.agress@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 19-00072-JAK |
|---|---|
| Plaintiff, | |
| v. | JOINT REPORT AS TO DEFENDANT ANGEL PHILIP ANGULO, JR. |
| ANGEL PHILIP ANGULO, JR., | Pretrial Conference: 06/25/2020 at 8:30 a.m. |
| Defendant. | Jury Trial Date: 07/07/2020 at 9:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Rachel N. Agress, and defendant ANGEL PHILIP ANGULO, JR., by and through his counsel of record, Deputy Federal Public Defender Claire Simonich, having met and conferred by telephone and email on May 22, 2020, May 27, 2020 and May 29, 2020, hereby file this Joint Report per the Court's Standing Order for Criminal Cases.

//

//

**Status of Discovery**

1. The government began a rolling production of discovery on May 22, 2020. To date, the government has produced electronic discovery files to defense counsel on the secure file-sharing platform USAfx, containing over 300 pages of laboratory reports, documents related to defendant's criminal history including certified state court records, reports of investigation, photographs, and transcripts of audio and video recordings. Defense counsel has been able to access and download those discovery files on the secure file-sharing platform. The parties are in the process of negotiating a protective order in relation to certain additional discovery, including discovery relating to a confidential informant and undercover law enforcement. The government is in the process of reviewing other discovery and will produce relevant information as soon as practicable, especially in light of the current public health pandemic and crisis.

2. Defendant has not yet produced any discovery to the government.

**Discovery Disputes**

3. Pursuant to the negotiations relating to a protective order, defense counsel has not received certain additional discovery. In addition, defense counsel is in the process of reviewing discovery as of this filing and defendant has not yet had an opportunity to review the discovery that has been produced to defense counsel. The parties do not have any discovery disputes at this time but counsel reserves the right to raise any disputes as needed.

//

//

4. The parties reserve the right to request additional discovery under the Federal Rules of Criminal Procedure and relevant statutory and case law.

**Anticipated Pretrial Motions**

5. The government does not anticipate filing any motions at this time, but reserves the right to file motions in limine. Defense counsel has not yet ascertained the motions that may be filed in the case, but reserves the right to file any motions and/or motions in limine.

**Trial Date**

6. Trial is currently set for July 7, 2020, at 9:00 a.m. The pretrial conference is currently set for June 25, 2020, at 8:30 a.m. The parties anticipate filing a joint request for a continuance.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**Anticipated Length of Trial**

7.   The government's case-in-chief is anticipated to last two to three days. The length of the trial may change depending on whether the defendant presents any evidence and whether the government presents a rebuttal case.

Dated: May 29, 2020               Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney

                                  BRANDON D. FOX
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                        /s/
                                  RACHEL N. AGRESS
                                  Assistant United States Attorney

                                  Attorney for Plaintiff
                                  UNITED STATES OF AMERICA


Dated: May 29, 2020               Respectfully submitted,


                                        /s/ per email authorization
                                  CLAIRE M. SIMONICH
                                  Deputy Federal Public Defender

                                  Attorney for Defendant
                                  ANGEL PHILIP ANGULO, JR.

4