CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CLAIRE M. SIMONICH (Bar No. 316094)
(E-Mail: Claire_Simonich@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANGEL ANGULO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL PHILIP ANGULO. <br><br> Defendant. | Case No. ED CR 19-72-JAK <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Defendant Angel Angulo, by and through his attorney of record Deputy Federal Public Defender Claire M. Simonich, hereby applies to this Court for an Order that "Angel Angulo's Sentencing Position and Exhibits" lodged herewith, be filed <u>under seal</u>. This application is based upon the attached Memorandum of Points and Authorities, the attached declaration of Claire Simonich, and all files and records in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 11, 2021      By /s/ Claire Simonich
                                  CLAIRE M. SIMONICH
                                  Deputy Federal Public Defender
                                  Attorney for ANGEL ANGULO

## MEMORANDUM OF POINTS AND AUTHORITIES

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed under seal.

Presentence Reports prepared by the Probation Officer are not filed in the Court file, but rather submitted to the Court for the purposes of sentencing and thereafter held by the United States Probation Office. *See* Fed. R. Crim. P. 32; *see also United States v. Schlette*, 842 F.2d 1574 (9th Cir. 1988) (addressing confidentiality of presentence reports). Thus, because of the personal contents of the reports, they are considered confidential documents. *Schlette*, 842 F.2d at 1579, 1583. As such, courts have established a strong presumption in favor of confidentiality in determining whether to disclose a Presentence Report to third parties. *Id.* at 1579.

The Ninth Circuit Court of Appeals has a standing local rule permitting the filing of all pre-sentence reports and all other confidential sentencing documents under seal. *See* Ninth Circuit Rule 30-1.8.

The underlying document references highly sensitive information relating to Mr. Angulo's background. Specifically, it makes reference to a psychological evaluation which contains personal medical information. The document also includes private and personal information from the Pre-sentence Report.

It is submitted that the attached declaration of Claire Simonich is sufficient to justify that Angel Angulo's Sentencing Position and Exhibits lodged herewith, be filed under seal.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 11, 2021    By _____
CLAIRE M. SIMONICH
Deputy Federal Public Defender

2

**DECLARATION OF CLAIRE M. SIMONICH**

I, CLAIRE M. SIMONICH, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California, appointed to represent Mr. Angulo in the above-entitled action.

2. In preparing a position on sentencing on Mr. Angulo's behalf, I included details about his background that are highly sensitive. I also incorporate such highly sensitive details from the Presentence Report. I am concerned that the publication of these details could unduly invade Mr. Angulo's privacy. Accordingly, I seek the Court's permission to file the instant sentencing position and exhibits under seal.

3. On January 27, 2021 I spoke to Assistant United States Attorney Rachel Agress via E-Mail. Ms. Agress informed me that the government does not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 11, 2021       By _____
                               CLAIRE M. SIMONICH
                               Deputy Federal Public Defender