## ABSTRACT OF JUDGEMENT - PRISON COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE
**BRANCH** RIVERSIDE
COURT I.D. 1 3 1 3 1 1 0 0

**PEOPLE OF THE STATE OF CALIFORNIA versus**
**DEFENDANT:** ANGEL PHILLIP ANGULO JR
**AKA:**

[X] PRESENT
[ ] NOT PRESENT

**CASE NUMBER(S):**
- A: RIF120329
- B:
- C:
- D:
- E:

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGEMENT**
AMENDED ABSTRACT [ ]

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 01 20 05 | 34 | F. PAUL DICKERSON | H. CHAVEZ |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| M. RANDOLPH | S. ROTHMAN | CDL- J. MICHELS | |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY / MISDEMEANORS):**

| COUNT | CODE | SECTION NUMBER | CRIME | DATE OF CONVICTION MO / DAY / YEAR | CONVICTED BY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS MONTHS |
|---|---|---|---|---|---|---|
| 1 | HS | 11379(A) | IMPORT/SALE/DISTR | 04 / 01 / 05 | X | PRINCIPAL 4 |

**2. ENHANCEMENTS** charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.

**3. ENHANCEMENTS** charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

**4. INCOMPLETED SENTENCE(S) CONSECUTIVE**

DEFT ADVISED OF PAROLE AND APPEAL RIGHTS. DEFT IS SENT PURST TO 667(E)(1)

**5. OTHER ORDERS:** PAY RESTIT FINE PURST TO 1202.4(B) PC. PURST TO SECT 2085.5 PC. ADDIT RESTIT FINE IMPOSED PURST TO 1202.45 PC

**6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):**
**7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC.**
**8. TOTAL TERM IMPOSED** 4

**9. EXECUTION OF SENTENCE IMPOSED**
A. [X] AT INITIAL SENTENCING HEARING

**10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR):** 01 20 05
**CREDIT FOR TIME SPENT IN CUSTODY:** 103
**ACTUAL LOCAL TIME:** 69
**LOCAL CONDUCT CREDITS:** 34

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**
[X] FORTHWITH
OTHER (SPECIFY): SOUTHRECPT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

**DATE:** 01 21 05

This form is prescribed under Penal Code § 1213.5...

ABSTRACT OF JUDGEMENT - PRISON COMMITMENT
FORM DSL 290

DISTRIBUTION: PINK COPY-COURT FILE   YELLOW COPY-DEPARTMENT OF CORRECTIONS   WHITE COPY-ADMINISTRATIVE OFFICE OF THE COURT

USA_000119

**This must be in red to be a "CERTIFIED COPY"**

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

**Edward Espinosa**

By _____
DEPUTY

Dated: 11/29/2018

Certification must be in red to be a "CERTIFIED COPY"

USA_000120