# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Minute Order

| Defendant Name: ANGEL PHILLIP ANGULO JR |||
|---|---|---|
| Case Number: RIF120329 | | File Date: 11/16/2004 |
| Action Date: 12/20/2004 | Action Time: 8:30 AM | Department: 34 |
| Action Description: Arraignment |||

Honorable Pro Tem Jason R. Walsh, Presiding

Clerk: J Martin.

Court Reporter: A Herlihy

People represented by Deputy District Attorney: Lomazow by Rothman.

Defendant represented by CDL-J. Michels.

Defendant Present.

At 10:40 the following proceedings were held:

Defendant waives formal arraignment.

Defendant withdraws plea of not guilty as to count(s) 01 and is rearraigned.

Defendant Waives Constitutional Rights.

Defendant advised of right to trial by jury.

Defendant advised of right to confront and cross examine witnesses; right to present evidence on own behalf.

Defendant advised of privilege against self-incrimination.

Defendant advised of charges and consequences of his/her plea and statutory sentencing.

Court finds based on inquiry and examination of deft, that deft has the ability to understand and does understand his/her constitutional rights.

Defendant waives right to Trial by Jury.

Defendant waives right to confront and cross-examine witnesses.

Defendant waives privilege against self-incrimination.

Defendant waives rights to Preliminary Hearing. District Attorney and Court consent to waiver.

Defendant pleads Guilty to Count(s) 01.

Defendant admits prior strike pursuant to Sections 667(c) PC and 667(e)(1) PC

Defense counsel concurs in defendant's plea and/or admissions.

Case certified to Superior Court

Commence Certification.

Court finds plea is free and voluntary. Court finds deft. knows and understands constitutional rights, nature of charges and consequences of plea.

USA_000131

USA_000132

| Defendant Name: ANGEL PHILLIP ANGULO JR ||||
|---|---|---|---|
| Case Number: RIF120329 ||| File Date: 11/16/2004 |
| Action Date: 12/20/2004 || Action Time: 8:30 AM | Department: 34 |
| Action Description: Arraignment ||||

Court finds factual basis for: plea.

Defendant waives probation referral.

Specification of Plea: 4 Years State Prison

Sentencing is set for 01/20/2005 at 8:30 in Dept. 34.

Defendant waives time for Sentencing.

Arbuckle Waiver Taken.

Defendant ordered to return.

Bail Set in Amount of $0.00.

Remains remanded to custody of Riverside Sheriff.

Minute Order printed to Southwest Detention Center



USA_000133

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside
**Edward Espinosa**

By _Edward Espinosa_
DEPUTY

Dated: 11/29/2018

Certification must be in red to be a
"CERTIFIED COPY"