CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CLAIRE M. SIMONICH (Bar No. 316094)
(E-Mail: Claire_Simonich@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ANGEL ANGULO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 19-72-JAK |
|---|---|
| Plaintiff, | **(PROPOSED) ORDERS IN THE ALTERNATIVE** |
| v. | |
| ANGEL ANGULO | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled: "Exhibit F to Angel Angulo's Sentencing Position Paper" be filed under seal.

DATED: February ___, 2021          By _____
                                    HONORABLE JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE

**OR**

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled: "Exhibit F to Angel Angulo's Sentencing Position Paper" shall not be filed and instead shall be returned to the Office of the Federal Public Defender.

DATED: February  , 2021          By _____
                                 HONORABLE JOHN A. KRONSTADT
                                 UNITED STATES DISTRICT JUDGE

Presented by:

_____.
CLAIRE M. SIMONICH
Deputy Federal Public Defender