# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGEL ANGULO,<br><br>　　　　Defendant. | No. ED CR 19-00072-JAK<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION TO FILE UNDER SEAL (DKT. 47)** |

　　　Based on a review of Defendant's Unopposed *Ex Parte* Application to File Under Seal (the "Application" (Dkt. 74)), sufficient good cause has been shown. Thus, the Application is **GRANTED.** The document entitled "Angel Angulo's Sentencing Position Paper and Exhibits" shall be filed under seal.

**IT IS SO ORDERED.**

Dated: February 16, 2021　　　　　　　　／s／ John A. Kronstadt
　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　United States District Judge

1