1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-72-JAK |
|---|---|
| Plaintiff, | **ORDER RE UNOPPOSED *EX PARTE* APPLICATION TO FILE UNTIMELY AND UNDER SEAL (DKT. 49)** |
| v. | |
| ANGEL ANGULO, | |
| Defendant. | |

Based on a review of Defendant's Unopposed *Ex Parte* Application to File Untimely and Under Seal (the "Application" (Dkt. 49)), sufficient good cause has been shown. Thus, the Application is **GRANTED.** The document entitled "Exhibit F to Angel Angulo's Sentencing Position Paper" shall be filed late and under seal.

**IT IS SO ORDERED.**

Dated: February 16, 2021

_____
John A. Kronstadt
United States District Judge