## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | ED CR 19-00072 JAK | Date: February 25, 2021 |

Present: The Honorable **JOHN A KRONSTADT, U.S. DISTRICT JUDGE**

Interpreter: N/A

| T. Jackson (video) | Lisa Gonzalez (video) | Rachel N. Agress (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Angel Philip Angulo, Jr. (video) | | √ | √ | Claire Simonich (video) | √ | √ | |

**Proceedings:** **SENTENCING**

Upon agreement of Defendant and counsel, the hearing is held by videoconference. Defendant, counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The sentencing hearing is held. For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

: 36

Initials of Deputy Clerk    TJ