E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
RACHEL N. AGRESS (Cal. Bar. No. 281703)
Assistant United States Attorney
International Narcotics, Money Laundering,
  & Racketeering Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0487
      Facsimile: (213) 894-0141
      E-mail:   rachel.agress@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

                 v.

**See Attachment A**,

            Defendant.

No. **See Attachment A**

NOTICE OF DEPARTURE FROM THE
UNITED STATES ATTORNEY'S OFFICE;
ATTACHMENT A

     Plaintiff, United States of America, hereby advises the court

that **RACHEL N. AGRESS** is departing the United States Attorney's

Office, and all of the cases in Attachment A should have the contact

///

///

///

information replaced with the generic USAO email used for docketing.

DATED: April 11, 2024                    Respectfully submitted,

                                         E. MARTIN ESTRADA

                                         United State Attorney

                                         MACK E. JENKINS
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                         /s/
                                         _____
                                         RACHEL N. AGRESS
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT  A

```
1    8:23-cr-00034-CJC-1
2    8:22-cr-00030-CJC-1
3    8:20-cr-00027-JVS-1
4    8:19-cr-00182-CAS-1
5    8:18-cr-00003-CJC-1
6    5:20-cv-01419-VAP-kk
7    5:19-cr-00072-JAK-1
8    5:14-cr-00107
9    2:01-cr-01234-DSF-1
10   2:03-cr-00155-PA-1
11   2:07-cr-01130
12   2:09-cr-00445
13   2:12-cr-00548
14   2:12-cr-00722
15   2:12-cr-01179-AG-1
16   2:13-cr-00270-DMG-1
17   2:14-cr-00441
18   2:15-cr-00211
19   2:15-cr-00406
20   2:15-cr-00593
21   2:16-cr-00215
22   2:17-cr-00762-PA
23   2:18-cr-00437-TJH
24   2:18-cr-00781-ODW-1
25   2:18-cr-00814-DMG-1
26   2:19-cr-00127-CAS-1
27   2:19-cr-00501-PA-1
28
```

1    2:19-cr-00785-JAK

2    2:19-cv-10054-TJH

3    2:19-cv-10525-KS

4    2:19-cv-10993-TJH

5    2:20-cr-00151-ODW-1

6    2:20-cr-00310-SVW-1

7    2:20-cr-00345-DSF-1

8    2:20-cr-00352-VAP-1

9    2:20-cr-00364-DMG-1

10   2:20-cr-00387-AB-1

11   2:20-cr-00414-GW-1

12   2:20-cr-00425-ODW-1

13   2:20-cr-00477-AB-1

14   2:20-cr-00592-MCS-1

15   2:20-cv-04161-PA-SP

16   2:20-cv-11366-CAS

17   2:21-cr-00077-RGK-1

18   2:21-cr-00088-DSF-1

19   2:21-mj-05730-DUTY-1

20   2:22-cr-00393-JAK-1

21

22

23

24

25

26

27

28